# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BREONIA SAPPHIRE ROBINSON, *Plaintiff,* | : : : |
| v. | : CIVIL ACTION NO. 24-CV-3036 : |
| TRUMARK FINANCIAL CREDIT UNION, *Defendant.* | : : : |

## ORDER

AND NOW, this 20th day of August, 2024, upon consideration of Plaintiff Breonia Sapphire Robinson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and separately filed Exhibits (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

             **BY THE COURT:**

             */s/ Gerald J. Pappert*
             **Gerald J. Pappert, J.**